DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

BAKER v. COX

No. 698P85.

Case below: 77 N.C. App. 445.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 January 1986.

BARKER v. HIGH

No. 668P85.

Case below: 77 N.C. App. 227.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 January 1986.

BLIZZARD BUILDING SUPPLY v. SMITH

No. 737P85.

Case below: 77 N.C. App. 594.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 7 January 1986.

BROWN v. BROWN

No. 673P85.

Case below: 77 N.C. App. 206.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 January 1986.

BRYANT v. ROSE CRAFT BOATWORKS

No. 605P85.

Case below: 76 N.C. App. 542.

Petition by defendant (Boatworks) for discretionary review under G.S. 7A-31 denied 7 January 1986.